IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL BRUCE BYNOE,
                     Appellant,
                vs.
THE STATE OF NEVADA,
                     Respondent.

No. 84266

FILED

MAR 0 4 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for a "final ORDER or otherwise, to settle adjudicate the First Amended Complaint." Second Judicial District Court, Washoe County; Kathleen A. Sigurdson, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. No statute or court rule authorizes an appeal from the challenged order. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

22-06937

cc: Hon. Kathleen A. Sigurdson, District Judge
Michael Bruce Bynoe
Attorney General/Carson City
Washoe District Court Clerk